U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ M
2 | 8  20 | 8

Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.  CR417-227 |
| | ) | |
| STEPHEN JILES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.  CR417-248 |
| | ) | |
| GEORGE POLITE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.  CR417-262 |
| | ) | |
| DARRELL MCRAE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Stephanie O. Burgess, counsel of record for defendants in the
above-styled cases, has moved for leave of absence.  The Court is
mindful  that personal and professional obligations require the

absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 8th day of February 2018.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA